■ In the Matter of 780 P.P. Associates, Appellant, v State of New York Division of Housing and Community Renewal, Respondent. [714 NYS2d 663] —Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered on or about January 27, 1999, which, *inter alia*, denied the petition insofar as it sought to revoke the determination of respondent dated July 21, 1998, ordering a building-wide rent reduction, retroactive to the effective date of that administrative order, unanimously affirmed, without costs.

Respondent's determination that there was a building-wide reduction of services had a rational basis and was not arbitrary and capricious (*see, Fresh Meadows Assocs. v New York City Conciliation & Appeals Bd.*, 88 Misc 2d 1003, *affd* 55 AD2d 559, *affd* 42 NY2d 925; *and see, Matter of ANF Co. v Division of Hous. & Community Renewal*, 176 AD2d 518). Accordingly, a reduction of rent was mandatory (*see*, 9 NYCRR 2202.16 [a]; *Matter of ANF Co. v Division of Hous. & Community Renewal, supra; Matter of Hyde Park Gardens v State of N. Y., Div. of Hous. & Community Renewal, Off. of Rent Admin.*, 140 AD2d 351, *lv denied* 72 NY2d 809).

We have considered petitioner's remaining contentions and find them to be unavailing. Concur—Williams, J. P., Mazzarelli, Rubin, Buckley and Friedman, JJ.